# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. SHARONOFF, | 1:13-cv-00560-BAM (HC) |
| Petitioner, | |
| v. | ORDER OF TRANSFER |
| WARDEN, | |
| Respondent. | |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on April 18, 2013, and challenges a criminal conviction in the California Superior Court for El Dorado County. El Dorado County is part of the Sacramento Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Sacramento Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

1

2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

**Robert T. Matsui Federal Courthouse**
**501 I Street, Room 4-200**
**Sacramento, CA 95814**

IT IS SO ORDERED.

Dated: __April 23, 2013__                    __/s/ **Barbara A. McAuliffe**__
                                             UNITED STATES MAGISTRATE JUDGE