UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. SHARANOFF, | No. 2:13-cv-00794 LKK AC P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a habeas corpus petition pursuant to 28 U.S.C. § 2254. On June 3, 2014 this court issued Findings and Recommendations with respect to petitioner's pending motions to stay and abey his federal habeas petition pending the exhaustion of state court remedies, ECF Nos. 19, 22, as well as his two amended § 2254 petitions, ECF Nos. 21, 24. Petitioner filed objections and supplemental objections to the Findings and Recommendations which included a copy of an order issued on June 25, 2014 by the California Supreme Court denying petitioner's state habeas corpus petition. See ECF No. 31 at 2. Based on this new information, the court will vacate the Findings and Recommendations issued on June 3, 2014.

However, petitioner did not include a copy of the actual state habeas petition filed in the California Supreme Court. As a result, this court is presently unable to determine what claims petitioner has properly exhausted. Petitioner will therefore be ordered to provide an actual copy of the state habeas petition filed in the California Supreme Court in order to identify what

1

1  claim(s) he has exhausted.  The motions for a stay will not be deemed submitted until petitioner
2  has provided a complete copy of his state habeas petition to the court.
3        Accordingly, IT IS HEREBY ORDERED that:
4        1.  The June 3, 2014 Findings and Recommendations (ECF No26) are vacated; and,
5        2.  Within twenty-eight days from the filing date of this order, petitioner shall file a copy
6  of his state habeas petition filed in the California Supreme Court on or about May 6, 2014.
7  DATED:  July 16, 2014.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2