UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. SHARANOFF,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN,<br><br>    Respondent. | No.  2:13-cv-0794 LKK AC P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a habeas corpus petition pursuant to 28 U.S.C. § 2254.  On July 28, 2014, petitioner submitted a complete copy of the state habeas petition he filed in the California Supreme Court.  ECF No. 33.  Accordingly, petitioner has complied with this court's order of July 17, 2014.  ECF No. 32.  Petitioner is advised that the court will issue new Findings and Recommendations concerning his pending motions for a stay and abeyance in due course.

Included in petitioner's most recent filing is a request for the appointment of counsel. ECF No. 33.  There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present

time.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel (ECF No. 33) is denied without prejudice.

DATED: July 30, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE