1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KENNETH A. SHARONOFF,                        No.  2:13-cv-0794 TLN AC P

12                    Petitioner,

13          v.                                      ORDER

14    WARDEN,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On July 17, 2015, the magistrate judge filed findings and recommendations herein which

21    were served on all parties and which contained notice to all parties that any objections to the

22    findings and recommendations were to be filed within fourteen days.  Petitioner has filed

23    objections to the findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26    Court finds the findings and recommendations to be supported by the record and by proper

27    analysis.

28    /////

                                                    1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed July 17, 2015, are adopted in full; and

3    2.  Petitioner's Motion to Amend (ECF No. 37) is denied; and

4    3. Petitioner's request for release (ECF No. 41 at 3) is denied.

5  IT IS SO ORDERED.

6  Dated:  September 22, 2015

7

8    _____
   Troy L. Nunley
9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2