UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALLEN SHARONOFF, | No. 2:13-cv-0794 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondent. | |

Petitioner has filed a motion for judgment in this action. ECF No. 110. This petition for writ of habeas corpus was dismissed on March 9, 2018. See ECF Nos. 94, 95. Documents filed by petitioner since the closing date will be disregarded, and no orders will issue in response to future filings.

Accordingly, the Clerk of Court is directed to DISREGARD petitioner's motion for judgment filed October 13, 2021. See ECF No. 110.

DATED: October 22, 2021

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1